UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DURHAM GEO-ENTERPRISES, INC., ) ) ) Plaintiff, ) ) ) v. ) ) ) JOSHUA TREWITZ and ) INSTRUMENT INTEGRATION & ) MONITORING, LLC, ) ) Defendants. ) | CIVIL ACTION FILE NO. 1:16-cv-00048-AT |

## DEFENDANT JOSHUA TREWITZ'S
## MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Defendant Joshua Trewitz, pursuant to Fed. R. Civ. P. 12(c), hereby moves this Court for Partial Judgment on the Pleadings.

As set forth in Defendant Trewitz's contemporaneously filed Memorandum of Law, Defendant Trewitz moves for Judgment on the Pleadings for all claims that arise under the Sales Employment Agreement and the Employee Nondisclosure Agreement, including Durham Geo Enterprises, Inc.'s ("Durham Geo") claims for breach of contract (Counts I & II), statutory trover based on the Employee Nondisclosure Agreement (Count XI), declaratory judgment (Count XIV), and for injunctive relief and specific performance (Count XV).

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Defendant Joshua Trewitz respectfully requests that the Court grant his Motion for Partial Judgment on the Pleadings and grant judgment in his favor on Counts I, II, XI, XIV, and XV.

Respectfully submitted, this 30th day of March, 2016.

                                                     FELLOWS LaBRIOLA, LLP

                                                    s/Henry D. Fellows, Jr.
                                                    Henry D. Fellows, Jr., Esq.
                                                    Georgia State Bar No. 257825

| Suite 2300, South Tower | s/Michael Gretchen |
| --- | --- |
| 225 Peachtree Street, NE | Michael C. Gretchen, Esq. |
| Atlanta, Georgia 30303 | Georgia State Bar No. 522171 |
| 404-586-9200 (tel.) | |
| 404-586-9201 (fax) | |
| hfellows@fellab.com | |
| mgretchen@fellab.com | Attorneys for Defendant Joshua Trewitz |

## CERTIFICATE OF FONT AND POINT SELECTION

Undersigned counsel hereby certifies, pursuant to LR 7.1(D), NDGa, that the foregoing was prepared in Times New Roman, 14 point font, which is one of the font and point selections approved in LR 5.1, NDGa.

           *s/ Michael C. Gretchen*
           Michael C. Gretchen

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Defendant Joshua Trewitz's Motion for Partial Judgment on the Pleadings* was filed using the Court's CM/ECF system which will automatically send email notification of the filing upon the following counsel of record:

> Joseph P. Rockers, Esq.
> Bradford J. Smith, Esq.
> Nicholas R. Planty, Esq.
> Goodwin Procter LLP
> 53 State Street
> Boston, Massachusetts 02109
>
> Robert C. Khayat, Esq.
> Khayat Law Firm
> 75 Fourteenth Street, N.E.
> Suite 2750
> Atlanta, Georgia 30309

This 30th day of March, 2016.

> s/Michael C. Gretchen
> Michael C. Gretchen, Esq.